```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
PRELOADED LTD.,

                Plaintiff,                    ORDER

        - against -                           25 Civ. 3786 (NRB)

SOHO MANAGING CO.,

                Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, the Court has received defendant's letter of September 14, 2025 and plaintiff's letter of September 17, 2025; and

**WHEREAS**, the Court has reviewed the parties' correspondence; it is hereby

**ORDERED** that defendant, as a corporation, must appear by counsel; and it is further

**ORDERED** that the July 2, 2025 stipulation signed by the parties (and not by the Court) does not constitute a waiver of defendant's objection to this litigation on the ground that the parties agreed to arbitrate disputes between them; and it is further

**ORDERED** that defendant is not required to commence arbitration at this time, given that it is plaintiff that is seeking affirmative relief; and it is further

**ORDERED** that defendant must appear by counsel within 30 days and that failure to do so may result in the entry of default judgment against it (see Jones v. Niagara Frontier Transp. Auth., 722 F. 2d 20, 22 (2d Cir. 1983)).

Dated:    New York, New York
          October 1, 2025

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE

A copy of this order has been mailed to defendant Soho Managing Co., attention Dr. Jacques Jospitre, at 104 W. 40th St., Ste. 500, New York, NY 10018 and emailed to Dr. Jacques Jospitre at jacques.jospitre@sohomd.com.